# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RALPH REA,
    #19829

    Plaintiff,

vs.

HOWARD SKOLNIK, *et al.*,

    Defendants.

2:10-cv-01217-PMP-LRL

**ORDER**

        Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

        **IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)**

days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this court.

   **IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not timely file an application to proceed *in forma pauperis* in compliance with this order this case may be immediately dismissed.

   DATED this 2nd day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE