# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RALPH REA,<br>　　#19829 | )<br>)<br>) | |
| 　　　　Plaintiff, | )<br>) | 2:10-cv-01217-PMP-LRL |
| vs. | )<br>) | |
| HOWARD SKOLNIK, *et al.*, | )<br>) | **ORDER** |
| 　　　　Defendants. | )<br>) | |

　　　　This is a *pro se* civil rights action, filed pursuant to 42 U.S.C. § 1983.[1]  Plaintiff failed to submit either the filing fee or an application to proceed *in forma pauperis* on the required form.  By order filed August 3, 2010, the court ordered plaintiff to file a completed and signed application to proceed *in forma pauperis* within thirty (30) days (docket #4).  The court expressly warned plaintiff that failure to respond to this court's order would result in dismissal of this action.  The order was served on plaintiff at his address of record.

　　　　More than the allotted time has elapsed and plaintiff has not responded to the court's order in any manner.  Accordingly, this entire action will be dismissed for failure to comply with the court's order.

　　　　**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order to file an application to proceed *in forma pauperis.*

---

[1] This action has been consolidated with the following actions: *Halverson v. Skolnik, et al.*, 2:10-cv-01132-PMP-LRL (lead case); *Jones v. Skolnik, et al.*, 2:10-cv-01214; *Frixione v. Skolnik, et al.*, 2:10-cv-01235-PMP-LRL; *Powell v. Skolnik, et al.*, 2:10-cv-01182-PMP-LRL; *Charbonnet v. Skolnik, et al.*, 2:10-cv-01273-PMP-LRL.  However, each action is proceeding in its own right.

1     **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and
2 close this case.

4 DATED: October 6, 2010.

                                            _____
                                            PHILIP M. PRO
                                            United States District Judge